UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
802 MAIN STREET, UNIT 2A
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTOR
732-228-7400

In Re:

LAURIE  A. BRUSCHI

Case No.:     20-20659

Judge:     MBK

Chapter:     13

Recommended Local Form:   ☒ Followed    ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Laurie A. Bruschi_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____01/05/2021_____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.  If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: __12/22/2020_____     __/s/Laurie A. Bruschi_____
                                                                                                     Signature of Debtor

DATED: _____     _____
                                                                                                     Signature of Joint Debtor

new.5/23/06;jml