Certificate Number: 12433-NJ-DE-035170643

Bankruptcy Case Number: 20-20659



12433-NJ-DE-035170643

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 11, 2020</u>, at <u>4:56</u> o'clock <u>PM EST</u>, <u>Laurie A. Bruschi</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 11, 2020</u>          By:   <u>/s/Candace Jones</u>

                                        Name:  <u>Candace Jones</u>

                                        Title: <u>Counselor</u>