Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−20659−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laurie A. Bruschi
   10 Forest Edge Ct
   Manahawkin, NJ 08050−7806

Social Security No.:
   xxx−xx−4227

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 12/22/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           January 27, 2021
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 23, 2020
JAN: gan

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20659-MBK |
| Laurie A. Bruschi | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 23, 2020 | Form ID: 185 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Laurie A. Bruschi, 10 Forest Edge Ct, Manahawkin, NJ 08050-7806 |
| 518959091 | | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518959092 | | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518959093 | | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518979603 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518959100 | | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 518959099 | | Nissan Motor Acceptanc, PO Box 660366, Dallas, TX 75266-0366 |
| 519027471 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519014030 | + | Quicken loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518959108 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518959107 | | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518959109 | | Toyota Motor Credit, 111 W 22nd St, Hinsdale, IL 60521 |
| 518959110 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 518982291 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518959111 | | Wf/preferr, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 23 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 23 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518959088 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 21:46:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518987207 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 23 2020 21:47:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518959089 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 21:41:15 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518959094 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 23 2020 21:51:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518959095 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 23 2020 21:51:00 | Comenitybank/wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 518965531 | | Email/Text: mrdiscen@discover.com | Dec 23 2020 21:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518959096 | | Email/Text: mrdiscen@discover.com | Dec 23 2020 21:49:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |

Case 20-20659-MBK    Doc 19    Filed 12/25/20    Entered 12/26/20 00:19:28    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: 185 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 518959097 | Email/Text: mrdiscen@discover.com<br>Dec 23 2020 21:49:00 | | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 518959098 | Email/PDF: ais.chase.ebn@americaninfosource.com<br>Dec 23 2020 21:46:34 | | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 518959090 | Email/PDF: ais.chase.ebn@americaninfosource.com<br>Dec 23 2020 21:44:04 | | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519029689 | Email/PDF: resurgentbknotifications@resurgent.com<br>Dec 23 2020 21:44:34 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519028425 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Dec 23 2020 21:47:01 | | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519028423 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Dec 23 2020 21:44:29 | | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519034626 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Dec 23 2020 21:41:36 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519024961 | Email/Text: bnc-quantum@quantum3group.com<br>Dec 23 2020 21:51:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518959104 | Email/PDF: gecsedi@recoverycorp.com<br>Dec 23 2020 21:43:55 | | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518959101 | Email/PDF: gecsedi@recoverycorp.com<br>Dec 23 2020 21:40:29 | | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518959102 | Email/PDF: gecsedi@recoverycorp.com<br>Dec 23 2020 21:46:27 | | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 518959103 | Email/PDF: gecsedi@recoverycorp.com<br>Dec 23 2020 21:46:27 | | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519028840 | + Email/PDF: gecsedi@recoverycorp.com<br>Dec 23 2020 21:46:27 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518961667 | + Email/PDF: gecsedi@recoverycorp.com<br>Dec 23 2020 21:43:55 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518959105 | Email/PDF: gecsedi@recoverycorp.com<br>Dec 23 2020 21:46:27 | | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518959106 | Email/PDF: gecsedi@recoverycorp.com<br>Dec 23 2020 21:46:27 | | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020        Signature:        /s/Joseph Speetjens

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: 185 | Total Noticed: 40 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Laurie A. Bruschi marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4