Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.:   20−20659−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laurie A. Bruschi
   10 Forest Edge Ct
   Manahawkin, NJ 08050−7806

Social Security No.:
   xxx−xx−4227

Employer's Tax I.D. No.:

---

    NOTICE OF CONFIRMATION HEARING SCHEDULED IN ERROR


Please be advised that the Notice of Filing of Modification of Plan After Confirmation and Notice of Hearing Thereon was entered in error. The correct confirmation hearing date as referenced in November 17, 2020 minutes is January 5, 2021.


Dated: December 29, 2020
JAN: mrg

                                                                                       Jeanne Naughton
                                                                                       Clerk