Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  20−20659−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laurie A. Bruschi
   10 Forest Edge Ct
   Manahawkin, NJ 08050−7806

Social Security No.:
   xxx−xx−4227

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 29, 2021.

Dated: January 29, 2021
JAN: bwj

                                                                                                                              Jeanne Naughton
                                                                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Laurie A. Bruschi  
    Debtor

Case No. 20-20659-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 29, 2021      Form ID: plncf13      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Laurie A. Bruschi, 10 Forest Edge Ct, Manahawkin, NJ 08050-7806 |
| 518959091 | | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518959092 | | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518959093 | | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518979603 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518959100 | | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 518959099 | | Nissan Motor Acceptanc, PO Box 660366, Dallas, TX 75266-0366 |
| 519027471 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519014030 | + | Quicken loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518959108 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518959107 | | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518959109 | | Toyota Motor Credit, 111 W 22nd St, Hinsdale, IL 60521 |
| 518959110 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 518982291 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518959111 | | Wf/preferr, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518959088 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 22:03:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518987207 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 29 2021 22:04:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518959089 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 22:03:07 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518959094 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2021 21:54:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518959095 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2021 21:54:00 | Comenitybank/wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 518965531 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 21:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518959096 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 21:52:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: plncf13 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 518959097 | Email/Text: mrdiscen@discover.com | Jan 29 2021 21:52:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 518959098 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 22:04:27 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 518959090 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 22:03:46 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519029689 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 22:03:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519028425 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 22:03:12 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519028423 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 22:03:11 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519034626 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 22:03:53 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519024961 | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2021 21:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518959104 | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:03:01 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518959101 | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:04:23 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518959102 | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:04:23 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 518959103 | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:04:23 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519028840 | + Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:04:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518961667 | + Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:04:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518959105 | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:04:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518959106 | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:03:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021        Signature:        /s/Joseph Speetjens

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: plncf13 | Total Noticed: 40 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Laurie A. Bruschi marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4