| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 20-20659 / MBK

Laurie A. Bruschi

Petition Filed Date: 09/17/2020
341 Hearing Date: 10/22/2020
Confirmation Date: 01/27/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/05/2020 | $200.00 | 71353030 | 11/02/2020 | $200.00 | 71977600 | 12/01/2020 | $200.00 | 72746690 |
| 01/04/2021 | $200.00 | 73460410 | 02/02/2021 | $200.00 | 74243050 | 02/05/2021 | $200.00 | 74360100 |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Laurie A. Bruschi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MARYBETH SCHROEDER<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,887.72 | $0.00 | $5,887.72 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,006.14 | $0.00 | $1,006.14 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $29,845.09 | $0.00 | $29,845.09 |
| 4 | Wells Fargo Bank, NA | Unsecured Creditors | $4,735.00 | $0.00 | $4,735.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $12,210.55 | $0.00 | $12,210.55 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $20,266.48 | $0.00 | $20,266.48 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $15,059.98 | $0.00 | $15,059.98 |
| 8 | QUICKEN LOANS INC<br>»»  P/10 FOREST EDGE COURT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT<br>»»  WAYFAIR | Unsecured Creditors | $3,664.80 | $0.00 | $3,664.80 |
| 10 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2018 NISSAN 370Z COUPE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $1,561.85 | $0.00 | $1,561.85 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $3,711.57 | $0.00 | $3,711.57 |
| 13 | SYNCHRONY BANK<br>»»  PAYPAL CREDIT | Unsecured Creditors | $4,727.46 | $0.00 | $4,727.46 |
| 14 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $8,725.01 | $0.00 | $8,725.01 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $4,902.37 | $0.00 | $4,902.37 |

**Chapter 13 Case No. 20-20659 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Plan Balance: | $12,400.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $73.20 | Arrearages: | $0.00 |
| Funds on Hand: | $1,126.80 | Total Plan Base: | $13,600.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**