| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 20-20659 / MBK

Laurie A. Bruschi

Petition Filed Date: 09/17/2020
341 Hearing Date: 10/22/2020
Confirmation Date: 01/27/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $200.00 | 73460410 | 02/02/2021 | $200.00 | 74243050 | 02/05/2021 | $200.00 | 74360100 |
| 03/02/2021 | $150.00 | 74955860 | 03/05/2021 | $250.00 | 75039820 | 04/05/2021 | $400.00 | 75750330 |
| 05/03/2021 | $400.00 | 76430250 | 05/28/2021 | $400.00 | 76991790 | 07/06/2021 | $400.00 | 77876000 |
| 08/02/2021 | $400.00 | 78492470 | 08/26/2021 | $400.00 | 79029560 | 10/04/2021 | $400.00 | 79877750 |
| 11/01/2021 | $400.00 | 80470780 | 12/06/2021 | $400.00 | 81267590 | 01/07/2022 | $400.00 | 81953200 |

**Total Receipts for the Period:  $5,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Laurie A. Bruschi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MARYBETH SCHROEDER<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,887.72 | $244.21 | $5,643.51 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,006.14 | $32.23 | $973.91 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $29,845.09 | $1,237.88 | $28,607.21 |
| 4 | Wells Fargo Bank, NA | Unsecured Creditors | $4,735.00 | $181.49 | $4,553.51 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $12,210.55 | $506.45 | $11,704.10 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $20,266.48 | $840.60 | $19,425.88 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $15,059.98 | $624.64 | $14,435.34 |
| 8 | QUICKEN LOANS INC<br>»» P/10 FOREST EDGE COURT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT<br>»»  WAYFAIR | Unsecured Creditors | $3,664.80 | $140.48 | $3,524.32 |
| 10 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2018 NISSAN 370Z COUPE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $1,561.85 | $59.87 | $1,501.98 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $3,711.57 | $142.26 | $3,569.31 |
| 13 | SYNCHRONY BANK<br>»»  PAYPAL CREDIT | Unsecured Creditors | $4,727.46 | $181.20 | $4,546.26 |
| 14 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $8,725.01 | $361.89 | $8,363.12 |

| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $4,902.37 | $203.33 | $4,699.04 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,600.00 | Plan Balance: | $8,000.00 ** |
| Paid to Claims: | $4,756.53 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $409.60 | Arrearages: | $400.00 |
| Funds on Hand: | $433.87 | Total Plan Base: | $13,600.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.